UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re:<br>Thomas G. Ferry Jr. and Judith A. Ferry,<br>Debtors. | Case No. 08-13864-ANV<br>Chapter 13 |

### Order Granting Deutsche Bank National Trust Company, as trustee under the Pooling and Servicing Agreement dated as of April 1, 2002, Morgan Stanley Dean Witter Capital I Inc. Trust 2002-AM2 Relief From Stay And Leave To Foreclose Mortgage

This matter has come before the Court, and after full consideration, and proper notice, it is hereby ordered that the Secured Party's, Deutsche Bank National Trust Company, as trustee under the Pooling and Servicing Agreement dated as of April 1, 2002, Morgan Stanley Dean Witter Capital I Inc. Trust 2002-AM2, its Successors and/or Assigns, Motion for Relief From Stay is hereby granted and the stay imposed by 11 U.S.C. §362 and is hereby terminated and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by Thomas G. Ferry Jr. and Judith A. Ferry to Aames Funding Corporation DBA Aames Home Loan, dated December 18, 2001, recorded with the Warwick Land Records at Book 3865, Page 96, which covers the premises located at 28 Fulton Street, Warwick, RI 02889, and may exercise its rights under said Mortgage, preserving and may bring such actions, including, without limitation, eviction proceedings, as are permissible by law, all as set forth in its Motion. The movant is awarded legal fees and costs in the amount of $800.00 for the filing of its Motion.

_____
Honorable Arthur N. Votolato
United States Bankruptcy Judge
Dated: 11/16/10

Entered on docket: November 16, 2010

200802-0999        BKR

/Proposed Order of Relief/Ferry, Thomas